UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PROGRESSIVE SOLUTIONS, LLC                                              PLAINTIFF

v.                                              CIVIL ACTION NO. 3:15cv186-DPJ-FKB

JEH JOHNSON, et al.                                                    DEFENDANTS

# FINAL JUDGMENT

For the reasons given in the Order granting Defendants' motion to dismiss, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Defendants and against Plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 21st day of April, 2015.

                                                s/ *Daniel P. Jordan III*
                                              UNITED STATES DISTRICT JUDGE